UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| v. | ) | Case No. 2:19-cr-628-RMG |
| | ) | |
| Carl William Murdaugh, | ) | **AMENDED ORDER** |
| | ) | |
| Defendant. | ) | |

This matter comes before the Court on a filing submitted by Defendant *pro se* (Dkt. No. 2193), which the Court interprets as a request to reconsider its October 14, 2022 Order (Dkt. No. 2086) permitting the dismissal of Defendant's indictment without prejudice. This issue was thoroughly briefed and argued by counsel for Defendant. The Court, in a detailed decision, analyzed the procedural history of the case and concluded that dismissal without prejudice was the correct course. Defendant's *pro se* filing provides no basis to reconsider this decision. Consequently, the motion to reconsider is **DENIED**.[1]

    **AND IT IS SO ORDERED**.

/s Richard Mark Gergel
Richard Mark Gergel
United States District Judge

April 25, 2023
Charleston, South Carolina

---

[1] Defendant was subsequently re-indicted and pled guilty on January 3, 2023 to Conspiracy to Possess with the Intent to Distribute 1 Kilogram or More of Heroin. His plea agreement preserves his right to raise on appeal his speedy trial issue. (Criminal No. 2:22-873, Dkt. Nos. 54, ¶ 8; 58).

1